```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER, on behalf of himself
and all others similarly situated,

    Plaintiffs,

v.

JMEP, LLC d/b/a SWERVE FITNESS,

    Defendant.

No.: 1:18-cv-5275 (VEC)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: September 7, 2018
New York, New York

_____
Joseph H. Mizrahi
COHEN & MIZRAHI LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
joseph@cml.legal
929.575.4175
*Attorneys for Plaintiff*

Dated: September 7, 2018
New York, New York

_____
Paul J. Rutigliano
AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, New York 10103
paul.rutigliano@akerman.com
212.259.6436
*Attorneys for Defendant*

SO ORDERED:

Dated: New York, New York
      September 17, 2018

_____
The Honorable Valerie E. Caproni, U.S.D.J.